## STATEMENT OF FACTS

1. On June 26, 2025, at approximately 2:10 am, Metropolitan Police Department ("MPD") Officer Miciyah Carter, badge number 4516, ("Your Affiant") was issuing parking violation on the 700 Block of 11th Street SW, Washington D.C.

2. At approximately 2:10 am, Your Affiant saw JONATHAN PIERRE RAY ("RAY") and several other males start to punch each other as they exited the 734 11th ST NW location. MPD units ran to break up the fight.

3. Officer Othneil Blagrove, MPD badge number 4882, placed RAY in handcuffs. Officer Blagrove then recovered a firearm in RAY's underwear and 147 pills, in a clear plastic baggie, in RAY's pocket.

4. The firearm recovered was determined to be a Glock 29 Gen 4, a 10 mm caliber pistol with the serial number BVET061. Below is a photo of the Glock 29 Gen 4 recovered from RAY. The firearm had a fifteen-round magazine with one round in the chamber. A check on the DC Gun Registry Database revealed that RAY was not licensed to possess a firearm in the District of Columbia.



*Figure 1: Firearm recovered from RAY*

5. A criminal history check revealed that RAY was convicted in D.C. Superior Court Case Number 2009 CF3 023877 of: one count flee law enforcement, one count reckless driving, and one count destruction of property over two hundred dollars and sentenced to twenty-four (24) months of incarceration followed by three (3) years of supervised release on the flee law enforcement officer count. Accordingly, RAY would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm.

6. Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

7. As such, Your Affiant submits that there is probable cause to find that, on June 26, 2025, in the District of Columbia, JONATHAN PIERRE RAY committed the offense of Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year in violation of 18 U.S.C 922(g)(1).

Respectfully Submitted,

_____
Officer Miciyah Carter
Metropolitan Police Department

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 8th day of July, 2025.*

_____
**G. Michael Harvey**
UNITED STATES MAGISTRATE JUDGE